**Order entered July 31, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00920-CV

### RODRICK SAMPLES, Appellant

### V.

### THE DALLAS COUNTY SPECIAL CIVIL SERVICE COMMISSION, ET AL., Appellees

**On Appeal from the 160th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-11245**

## ORDER

Before the Court is appellant's July 25, 2014 motion asking this Court to remand this case for a hearing on his Texas Rule of Civil Procedure 306a motion. The filing of a notice of appeal does not deprive the trial court of jurisdiction to rule on his rule 306a motion. *See Wells Fargo Bank, N.A. v. Erickson*, 267 S.W.3d 139, 148 (Tex. App.—Corpus Christi 2008, no pet.). Accordingly, we **DENY** appellant's motion as moot.

A hearing on appellant's motion is scheduled for August 6, 2014. On the Court's own motion, we **ORDER** Gary Fitzsimmons, Dallas County Clerk, to file, **ON OR BEFORE AUGUST 15, 2014**, a supplemental clerk's record containing the trial court's written order on appellant's motion. We **DIRECT** the Clerk of this Court to send a copy of this order by

electronic transmission to the Honorable Jim Jordan, Judge of the 160th Judicial District Court,

Gary Fitzsimmons, and all counsel of record.

/s/     ADA BROWN
           JUSTICE